# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC GORDON,** *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 22-2424 |
| v. | : | |
| | : | |
| **MD F. MIA,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 17th day of August 2022, upon consideration of the *motion to substitute the United States and dismiss for lack of subject-matter jurisdiction*, [ECF 3], filed by Defendants MD F. Mia and the United States Postal Service, to which no response has been filed, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **GRANTED**. Accordingly, the United States of America is substituted as the only Defendant in this matter, and Plaintiffs' claims are **DISMISSED**, *without prejudice* to their right to timely file FTCA claims against the United States of America in a separate civil action in federal district court.

The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*